

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/26/2019

In re: MICHAEL FOSTER WILSON § Case No. 17-35371-H4-7
§
§ Chapter 7
Debtor(s). §

## ORDER FOR DEPOSIT OF FUNDS

Upon the Application of the Trustee to Pay Unclaimed Funds into the Registry of the Court under 11 U.S.C. § 347, the Trustee is directed to deposit into the registry those unclaimed funds listed below:

| Name & Address | Claim No. | Amount |
|---|---|---|
| American Business Lending, Inc.<br>c/o Brad Repass<br>14643 Dallas Parkway, Ste 550<br>Dallas, TX 75254 | 5 | $7,609.64 |
| **TOTAL:** | | **$7,609.64** |

This order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order 2000-3.

Dated: _November 26, 2019_    By: _____
                                 Deputy Clerk

#39